UNITED DEFENSE GROUP, LLP
Eric Chase, SBN 148030
Oren Rosenthal, SBN 243110
4181 Sunswept Drive, Ste. 100
Studio City, CA 91604
Telephone (818) 487-7400
Fax (818) 487-7414

Attorney for Defendant
GREG WONG

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GREG WONG<br><br>　　　　　Defendant. | Case No.: 2:06-cr-00530-FMC-2<br><br>ORDER GRANTING EXTENSION OF TIME TO PAY RESTITUTION<br><br>Hon. Florence-Marie Cooper |

　　　After careful consideration and good cause shown, the Court finds that Defendant's Third *Ex Parte* Application for Extension of Time to Pay Restitution should be granted.

　　　Defendant Greg Wong is hereby ordered to make the partial restitution payment of $250,000 by December 11, 2009.

　　　　　　SO ORDERED.

DATED:　　December 07, 2009

　　　　　　　　　　　　　　　　　　*Florence-Marie Cooper*
　　　　　　　　　　　　　　　　　　_____